# United States Court of Appeals

For the Seventh Circuit
219 South Dearborn Street, Room 2722
Chicago, Illinois 60604

Gino J. Agnello
   Clerk
(312) 435-5850

July 12, 2012

Kansas Supreme Court
301 SW 10th Avenue, Room 374
Topeka, KS 66612-1507

Dear Clerk of Court:

     Enclosed is a certified copy of our court's July 12, 2012 decision in *Carlene M. Craig, et al. v. FedEx Ground Package System, Inc.* (appeal no. 10-3115). The decision concludes by certifying questions to the Kansas Supreme Court. In accordance with the decision, I've also enclosed a copy of our docket sheet, as well as the briefs and appendices from this case.

     If you have any questions regarding this letter or if your office would need anything further from our court, please don't hesitate to contact me. Thank you for your cooperation.

Sincerely,

James Richmond
Appeal Processing Manager
(312) 435-5383 phone
(312) 408-7886 fax
Jim_Richmond@ca7.uscourts.gov

Enclosures